AO91 (Rev. 12/03)   Criminal Complaint                                                                                   AUSA

# UNITED  STATES  DISTRICT  COURT

Southern District Of Texas McAllen Division

| UNITED STATES OF AMERICA | CRIMINAL COMPLAINT |
|---|---|
| vs. | Case Number: 7:15-po-02729 |

Rodrigo LOPEZ-Gomez
AKA Leonardo Miguel GUZMAN-Jacinto
IAE A087 744 718
Guatemala 1992

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief.  On or about **April 27, 2015** in **Hidalgo** County, in the **Southern District Of Texas** defendant(s) did,

**Being then and there an alien, did, knowingly and unlawfully enter the United States at a place other than as designated by immigration officers;**

in violation of Title **8** United States Code, Section(s) **1325(a)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

**Rodrigo LOPEZ-Gomez was encountered by Border Patrol Agents near San Manuel, Texas on April 29, 2015.  When questioned as to his citizenship, defendant stated that he was a citizen and national of Guatemala, who had entered the United States illegally on April 27, 2015 by rafting across the Rio Grande River near the Hidalgo, Texas Port of Entry.**

**I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.**

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

/S/  Johnson, Andrew  Border Patrol Agent
Signature of Complainant

Johnson, Andrew    Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

April 30, 2015                                                                at       McAllen, Texas
Date                                                                                         City/State

Peter E Ormsby            U.S. Magistrate Judge
Name of Judge              Title of Judge                                       Signature of Judge